622 OCTOBER TERM, 1905.

Cases Disposed of Without Consideration by the Court. 200 U. S.

No. 571. Duncan Electric Manufacturing Company et al., Petitioners, v. Siemens-Halske Electric Company of America. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert H. Parkinson* for petitioners. *Mr. Drury W. Cooper* and *Mr. Thomas B. Kerr* for respondent.

No. 585. Robert B. Roosevelt, Petitioner, v. Elbert A. Brinckerhoff et al. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Yeaman* and *Mr. George C. Kobbe* for petitioner. *Mr. Frederick S. Duncan* for respondents.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM DECEMBER 12, 1905, TO FEBRUARY 26, 1906.

No. 134. George H. Copland et al., Appellants, v. C. W. Waldron et al. Appeal from the District Court of the United States for the District of Washington. December 12, 1905. Dismissed with costs, pursuant to the tenth rule, and cause remanded to the District Court of the United States for the Western District of Washington. *Mr. G. Meade Emory* for appellants. No appearance for appellees.

---

No. 166. William D. Martin, Plaintiff in Error, v. The New Trinidad Lake Asphalt Company, Limited. In error to the Circuit Court of the United States for the Southern District of New York. December 14, 1905. Dismissed, per stipulation. *Mr. Henry B. Johnson* for plaintiff in error. *Mr. Abram J. Rose* for defendant in error.